## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHIRLEY A. TYUS**                                                                                             **PLAINTIFF**

**V.**                                           **4:02CV00749-WRW**

**CONWAY POLICE DEPARTMENT,**
**DAVID REYNOLDS, MIKE WELSH,**
**DANA OTTO, OFFICER McCOMB**                                                                **DEFENDANTS**

### ORDER

In an August 17, 2005 letter, Plaintiff's counsel requested that the stay in this case be lifted.

For good cause shown, Plaintiffs request is GRANTED and the stay is LIFTED. The parties may proceed with discovery and a scheduling order will be entered forthwith.

IT IS SO ORDERED this 23rd of August, 2005.


                                                      /s/ Wm. R.Wilson,Jr.
                                       UNITED STATES DISTRICT JUDGE