**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHIRLEY A. TYUS**                                                                       **PLAINTIFF**

**v.**                                            **No. 4-02-CV-00749-WRW**

**CONWAY POLICE DEPARTMENT, et al.**                                         **DEFENDANT**

### JUDGMENT

Based on an Order entered this date, this case is DISMISSED.

IT IS SO ORDERED this 3rd day of March, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE